## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DIANA L. REED**                                                                                   **PLAINTIFF**

**v.**                                   **Case No. 4:15-cv-607 KGB-BD**

**CAROLYN W. COLVIN,**[1] **Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

### ORDER

The Court has received the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 12). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that the Commissioner's decision is reversed and remanded for further proceedings. This case is remanded pursuant to sentence four of 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this the 27th day of February, 2017.

_____
Kristine G. Baker
United States District Judge

---

[1] Carolyn W. Colvin is no longer the Acting Commissioner of the Social Security Administration. On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner.