## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DIANA L. REED**                                                                                       **PLAINTIFF**

**v.**                                                **Case No. 4:15-cv-607 KGB-BD**

**CAROLYN W. COLVIN,[1] Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for proceedings consistent with this Court's remand instructions.

It is so adjudged this the 27th day of February, 2017.

_____
Kristine G. Baker
United States District Judge

---

[1] Carolyn W. Colvin is no longer the Acting Commissioner of the Social Security Administration. On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner.